# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAAG., et al ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-00745 (RCL) |
| ) | |
| BARACK H. OBAMA, ) | |
| President of the United States, *et. al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## ~~PROPOSED~~ ORDER

Upon consideration of Petitioner's Consent Motion to Propose New Briefing Schedule to Reply to Respondents' Opposition to Petitioner's Motion to Strike Statements from the Factual Return, it is hereby

ORDERED that a new briefing schedule will be set after Respondents' filing of their Opposition to said motion, and

ORDERED that Petitioner is not required to file his Reply by February 4, 2011.

SO ORDERED.

Date: 3/11/11

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

4